People v Ramirez (2021 NY Slip Op 50864(U))

[*1]

People v Ramirez (Martin)

2021 NY Slip Op 50864(U) [72 Misc 3d 142(A)]

Decided on September 16, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 16, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead P.J., Brigantti, Hagler, JJ.

570228/19

The People of the State of New York,
Respondent, 
against
Martin Ramirez, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Barbara F. Newman, J.H.O.), rendered March 6, 2019, convicting him, upon his
plea of guilty, of aggravated unlicensed operation of a motor vehicle in the third degree, and
sentencing him to a $500 fine.

Per Curiam.
Judgment of conviction (Barbara F. Newman, J.H.O.), rendered March 6, 2019,
affirmed.
On this record, we are unpersuaded that the bargained-for sentence
imposed—payment of a $500 fine—was unduly harsh or severe, and find no
extraordinary circumstances warranting a reduction of the sentence in the interest of justice
(see People v Fair, 33 AD3d 558 [2006], lv denied 8 NY3d 945 [2007]). The
defendant was sentenced in accordance with his bargained-for plea and should not now "be heard
to complain that he received what he bargained for" (id., quoting People v
Chambers, 123 AD2d 270 [1986]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 16, 2021